THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Anthony,       
Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2004-UP-196
Submitted January 29, 2004  Filed March 
 24, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy  Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  David Anthony was convicted 
 of attempted armed robbery and was sentenced.  The issue briefed by appellate 
 counsel concerns whether the trial court erred in allowing the State to exercise 
 four peremptory challenges in a discriminatory manner.  Anthonys appellate 
 counsel has petitioned to be relieved as counsel, stating that she has reviewed 
 the record and has concluded Anthonys appeal is without merit.  Anthony has 
 filed a pro se brief, alleging error in: 1) failing to direct a verdict 
 in his favor where the jury returned inconsistent verdicts; and 2) admitting 
 an in-court identification.   
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Anthonys 
 appeal and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.